RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Dustin W. Holden

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>         v.<br><br>DUSTIN W. HOLDEN,<br><br>                 Defendant. | Case No. 2:17-cr-00015-RFB<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, counsel for Dustin W. Holden, that the Revocation Hearing currently scheduled on November 17, 2017 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days preferably after January 1. 2018.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to establish attorney-client relationship and investigate the allegations of this revocation in order to properly prepare for the revocation hearing in this matter.

2. Mr. Holden lives in Georgia and will need additional time to make travel arrangements to Las Vegas to be present for his revocation hearing due to the cost of flights and him just being in Las Vegas for his initial appearance.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 13th day of November, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN W. HOLDEN,<br><br>Defendant. | Case No. 2:17-cr-00015-RFB<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, November 17, 2017 at 11:00 a.m., be vacated and continued to  January 11, 2018  at the hour of  2 : 00  p.m.; or to a time and date convenient to the court.

DATED this 13th day of November, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE