# EXHIBIT A

EXHIBIT A

**Fw: exhibit A**
**Rebecca Levy**   to:  Nancy Vasquez                                                                03/16/2018 02:38 PM

----- Forwarded by Rebecca Levy/NVF/09/FDO on 03/16/2018 02:38 PM -----

From:
To:
Date:
Subject:

| | |
|---|---|
| Amber Myers | Friday, September 8, 2017 at 5:21pm EDT |
| Okay well I hope you have yourself sorted | |
| Dustin Holden | Friday, September 8, 2017 at 5:20pm EDT |
| I have to be there by 6 | |
| Dustin Holden | Friday, September 8, 2017 at 5:19pm EDT |
| "Hey, should definitely be getting out around 2 I'll get my check cashed & then get you money" | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| For | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| Shit | |
| Dustin Holden | Friday, September 8, 2017 at 5:19pm EDT |
| ? | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| Me | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| Giving | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| You | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| Ar | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| What | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| Casing my check | |
| Amber Myers | Friday, September 8, 2017 at 5:19pm EDT |
| Off work | |
| Dustin Holden | Friday, September 8, 2017 at 5:19pm EDT |
| Where are you?? | |
| Amber Myers | Friday, September 8, 2017 at 5:18pm EDT |
| Excuse me | |
| Dustin Holden | Friday, September 8, 2017 at 5:16pm EDT |
| Where the hell are you? | |
| Dustin Holden | Friday, September 8, 2017 at 12:52pm EDT |
| ? | |