# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN HOLDEN,<br><br>Defendant. | Case No. 2:17-cr-00015-RFB<br><br>ORDER REGARDING MODIFICATION OF CONDITIONS OF PROBATION |

April 19, 2018, this court held a hearing regarding the conditions of the defendant's probation in the instant matter. At the hearing, the Court ordered that Mr. Holden's probation conditions be modified.

Consistent with its Orders at the hearing, and for the reasons stated on the record at the hearing, the Court **ORDERS** that Mr. Holden is continued on probation with the same conditions as previously imposed with the following additions and modifications:

1. <u>Intermittent Confinement</u> - You shall serve the following periods of incarceration for intermittent confinement: May 7, 2018 through June 11, 2018 and June 18, 2018 through July 23, 2018. You shall surrender yourself no later than 12:00 p.m. to the facility designed for your confinement as communicated to you by the Probation Department and/or the United State Marshals. During the time period in between confinement, you shall notify Probation of your residence.

2. <u>Home Confinement with GPS monitoring and Curfew</u> - These conditions are removed. Defendant shall be required to confirm via telephone to the probation officer for the week of April 30, 2017, where you are living and what you are doing.

3. <u>Special Assessment and Restitution -</u> You shall be required to pay your outstanding special assessment and the payment of the restitution is set at 10% of your gross monthly income upon your release from your last term of intermittent confinement.

All other conditions of supervision will remain in effect. Defendant is continued on the modified terms of probation stated at the hearing as well as the conditions of probation previously imposed.

IT IS SO ORDERED this 2nd day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE